CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025
DIMITRY CHAPOVSKY, ESQ.; STATE BAR NO.: 242405

**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
E-Mail: cmay@tharpe-howell.com
E-Mail: drivera@tharpe-howell.com
E-Mail: dchapovsky@tharpe-howell.com

Attorneys for Defendant,
    LOWE'S HOME CENTERS, LLC

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALEX KHASHAKI, an individual<br><br>              Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC., a Washington Corporation; LOWE'S HOME CENTERS, LLC, a North Carolina Corporation; and DOES 1 to 100, inclusive,<br><br>              Defendants. | Case No.: 2:17–cv–00526 R (JCx)<br><br>(Los Angeles County Superior Court Case No. EC065935)<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>Assigned to the Hon. Manuel L. Real |

**IT IS HEREBY ORDERED** that the entire action of Plaintiff ALEX KHASHAKI is hereby dismissed in its entirety against Defendants, LOWE'S HOME CENTERS, LLC, LOWE'S HIW, INC., and JOSE A. BARRAGAN, with prejudice.

Dated: June 25, 2018 _____

By: _____
    U.S. DISTRICT COURT JUDGE

- 1 -